GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton, Suite 208
Hayward, California  94544
(510) 887-7445

PHILIP A. SCHNAYERSON (CSBN 41825)
Attorney for Defendant
SHAHID HAMID

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,) ) Plaintiffs, ) ) vs. ) ) ) SHAHID HAMID, ) ) Defendant. ) _____ ) | CASE NO.   CR-05-00524 MJJ **STIPULATION AND ORDER FOR TERMINATION OF SUPERVISED RELEASE** |

SHAHID HAMID, by and through his counsel, Philip A. Schnayerson, and the United States Government, by and through its counsel, William D. Sprague, Assistant United States Attorney, and Karen Mar, U.S. Probation Officer, stipulate and respectfully request the Court to terminate the condition of supervised release.

Mr. Hamid successfully completed his custodial sentence. He has maintained employment, he has paid all fines and restitution orders, and has maintained a law abiding life during the pendency of this case and period of supervised release.

For these reasons, the defendant, defense counsel, and the government agree that supervised release be terminated.

DATED:   October 23, 2008        Respectfully submitted,

/s/ Philip A. Schnayerson
PHILIP A. SCHNAYERSON
Attorney for Defendant
SHAHID HAMID

DATED:   October 24, 2008

/s/ Philip A. Schnayerson
Authorized to sign for
William D. Sprague
Assistant United States Attorney
on October 24, 2008

DATED:   October 23, 2008        /s/ Philip A. Schnayerson
Authorized to sign for
Karen Mar
U.S. Probation Officer
on September 16, 2008

**ORDER**

Based on the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that supervised release be terminated forthwith.

DATED:10/27/08

SAUNDRA B. ARMSTRONG
United States District Judge